IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DENVER W. BLEVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV911 |
| | ) | |
| OLIVER WASHINGTON, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER

On January 9, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #5]. The Court has reviewed Plaintiff's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #3], which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is filed and DISMISSED sua sponte without prejudice to Plaintiff filing an appropriate action, using the correct forms, and in accordance with the instructions set out in the Magistrate Judge's Recommendation. To the extent Petitioner may be attempting to raise a claim under 28 U.S.C. § 2254, the Court finds no substantial issue for appeal concerning the denial of a constitutional right

affecting the conviction, nor a debatable procedural ruling, and a certificate of appealability is DENIED.

This the 25th day of August, 2016.

                                              /s/ N. Carlton Tilley, Jr.
                                  Senior United States District Judge